IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 7:25-870 |
| | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(a)(8) |
| | ) | 18 U.S.C. § 924(e) |
| vs. | ) | 18 U.S.C. § 924(d)(1) |
| | ) | 28 U.S.C. § 2461(c) |
| DAVID DUSTIN FOWLER | ) | |

**SEALED INDICTMENT**

COUNT ONE

THE GRAND JURY CHARGES:

JUL 8 2025 PM 2:03
RCV'D - USDC G'VILLE SC

That on or about November 21, 2024, in the District of South Carolina, the Defendant, DAVID DUSTIN FOWLER, knowingly possessed firearms, which had been shipped and transported in interstate and foreign commerce, to wit, a Remington, model 870 Express Magnum, 12 gauge shotgun, and a Norinco, model SKS, 7.62 caliber rifle, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing that he had been convicted of such a crime;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8), and 924(e).

1

## FORFEITURE

FIREARM OFFENSE:

Upon conviction for felony violation of Title 18, United States Code, Section 922(g)(1) as charged in this Indictment, the Defendant, DAVID DUSTIN FOWLER, shall forfeit to the United States all of the Defendant's rights, title, and interest in and to:

(a) any firearms and ammunition (as defined in 18 U.S.C. § 921) –

    (1) involved in or used in any knowing violations of 18 U.S.C. § 922, or violation of any other criminal law of the United States or intended to be used in a crime of violence.

PROPERTY:

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendant for the offense charged in this Indictment includes, but is not limited to, the following:

(1) Firearms:

    (a) Remington, model 870 Express Magnum, 12-gauge shotgun
    Serial Number: B918988M

    (b) Norinco model SKS, 7.62 caliber rifle
    Serial Number: C22001083

(2) Ammunition:

    Miscellaneous rounds of 7.62 caliber and 12-gauge shotgun ammunition

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).



BRYAN P. STIRLING
UNITED STATES ATTORNEY

By: *Max B. Cauthen III*
Max B. Cauthen, III (Fed. ID # 06732)
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, SC 29601
Tel.:   864-268-2100
Fax:   864-233-3158
Email: Max.Cauthen@usdoj.gov